IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| PHILLIP ALLEN SHACKELFORD | § | |
| VS. | § | CIVIL ACTION NO. 9:22CV-20 |
| ASSISTANT WARDEN, HEATHER M. GLOVER, *et al.*, | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Phillip Allen Shackelford, an inmate currently confined at the Gib Lewis Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Assistant Warden Heather M. Glover, Captain Mathew J. Davidson, Minnie L. White, Sergeant FNU Edwards, Janice L. Hanson, Amanda Lewis, Rochelle Alfred, Amy Guillory, Charlotte Mattox and U.T.M.B.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

### Background

This complaint was filed on February 7, 2022 (Doc. # 1). On March 9, 2022, the undersigned entered an order giving Plaintiff twenty (20) days to replead his cause of action (Doc. # 8). Plaintiff received a copy of this order on March 22, 2022 (Doc. # 9). More than ample time has passed yet the court has received no response from Plaintiff.

### Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to

control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).

Plaintiff has failed to comply with this court's previous order to replead. The court has received no further communication from Plaintiff since February 18, 2022 (Doc. # 6). Plaintiff has failed to diligently prosecute this case.

## Recommendation

This civil rights complaint filed pursuant to 42 U.S.C. § 1983 should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 22nd day of April, 2022.

_____
Zack Hawthorn
United States Magistrate Judge